# EXHIBIT A- Registered Copyrights

| Title of Work | Registration Number (Game) | Registration Date | Registration Number (Packaging) | Registration Date |
|---|---|---|---|---|
| 1080 Avalanche (GCN) US A/V | PA 1-249-306 | 11/12/2004 | VA 1-290-147 | 11/12/2004 |
| 1080 Snowboarding (N64) JP A/V | PA 822-524 | 3/30/1998 | VA 950-253 | 06/14/1998 |
| Animal Crossing (GCN) US A/V | PA 1-255-600 | 12/10/2004 | VA 1-293-529 | 12/09/2004 |
| Animal Crossing: City Folk | PA 1-750-646 | 02/07/2011 | VA 1-759-392 | 02/03/2011 |
| Animal Crossing: Wild World (DS) US A/V | PA 1-315-844 | 02/13/2006 | VA 1-372-175 | 02/13/2006 |
| Balloon Fight | PA 247-651 | 06/10/1985 | | |
| Balloon Kid | PA 602-980 | 02/23/1993 | VA 470-793 | 09/16/1991 |
| Baseball | PA 219-072 | 08/22/1984 | | |
| Brain Age (DS) US A/V | PA 1-363-987 | 08/10/2006 | VA 1-365-883 | 08/11/2006 |
| Chibi-Robo (GCN) US A/V | PA 1-353-363 | 11/17/2006 | VA 1-388-543 | 11/20/2006 |
| Cruis'n USA (N64) US A/V | PA 671-004 | 07/03/1997 | VA 866-603 | 07/08/1997 |
| Diddy's Kong Quest (Donkey Kong Country 2) | PAu 1-934-639 | 11/20/1995 | Vau 352-860 | 11/20/1995 |
| Donkey Kong | PA 547-470 | 10/10/1990 | VA 506-940 | 05/22/1992 |
| Donkey Kong (DMG) | PA 760-749 | 11/01/1995 | | |
| Donkey Kong Country (AGB) US A/V | PA 1-353-351 | 11/14/2006 | VA 1-110-974 | 10/12/2001 |
| Donkey Kong Country (SNES) US A/V | PA 736-113 | 01/18/1995 | VA 597-012 | 01/18/1995 |
| Donkey Kong Country 2 (AGB) US A/V | PA 1-353-361 | 11/17/2006 | VA 1-363-762 | 11/17/2006 |
| Donkey Kong Country 3 (AGB) US | PA 1-630-256 | 05/11/2009 | VA 1-764-954 | 05/02/2009 |
| Donkey Kong Country Returns | PA 1-708-762 | 11/29/2010 | VA 1-750-011 | 11/23/2009 |
| Donkey Kong Jr. Math | PA 289-101 | 06/19/1986 | VA 470-804 | 09/17/1986 |
| Donkey Kong Junior | PA 146-003 | 08/23/1982 | | |
| Donkey Kong Land | PA 718-693 | 11/28/1995 | VA 759-748 | 11/29/1995 |
| Donkey Kong Land 2 | PA 784-004 | 01/21/1997 | VA 813-332 | 01/21/1997 |
| Donkey Kong: Jungle Beat (GCN) US A/V | PA 1-292-358; PA 1-293-781 | 07/18/2005 | VA 1-329-238 | 07/18/2005 |
| Dr. Mario | PA 552-363 | 10/25/1991 | | |
| Dr. Mario | PA 551-794 | 10/25/1991 | VA 470-790 | 09/16/1991 |
| Dr. Mario 64 (N64) US A/V | PA 1-082-200 | 11/19/2001 | VA 1-108-966 | 11/19/2001 |

1

# EXHIBIT A- Registered Copyrights

| Title of Work | Registration Number (Game) | Registration Date | Registration Number (Packaging) | Registration Date |
|---|---|---|---|---|
| Duck Hunt | PA 254-151 | 07/25/1985 | VA 471-529 | 09/09/1991 |
| Earthbound | PA 765-904 | 03/08/1996 | VA 759-242 | 03/15/1996 |
| Excitebike | PA 254-906 | 07/25/1985 | VA 472-587 | 09/17/1991 |
| Excitebike 64 (N64) US A/V | PA 934-024 | 07/21/2000 | VA 1-061-914 | 07/24/2000 |
| F-1 Race | PA 540-572 | 10/25/1991 | VA 470-795 | 09/16/1991 |
| Fire Emblem | PA 1-250-088 | 01/21/2005 | VA 1-311-319 | 01/21/2005 |
| F-Zero (SNES) US A/V | PA 578-843 | 08/31/1992 | VA 890-929 | 11/17/1997 |
| F-Zero GP Legend (AGB) US A/V | PA 1-250-352 | 11/23/2004 | VA 1-290-421 | 11/22/2004 |
| F-Zero X | PA 875-298 | 10/08/1998 | Vau 445-688 | 11/27/1998 |
| F-Zero: Maximum Velocity (GBA) US | PA 1-255-599 | 11/08/2004 | VA 1-148-818 | 07/02/2002 |
| Game & Watch Gallery 2 | PA 136-951;  PA 196-858; PA 146-899 | 04/26/1982 02/01/1984 07/27/1982 | | |
| Hamtaro: Ham-Hams Unite! (CGB) US | PA 1-256-128 | 11/03/2004 | VA 1-290-543 | 11/01/2004 |
| Hogan's Alley | PA 260-315 | 09/11/1985 | VA 472-589 | 09/17/1991 |
| Ice Climber | PA 254-907 | 08/02/1985 | VA 472-590 | 09/17/1991 |
| Ice Hockey | PA 366-587 | 05/17/1988 | VA 471-525 | 09/09/1991 |
| Ken Griffey Jr. Presents Major League Baseball | PA 659-942 | 05/05/1994 | VA 759-421 | 12/26/1995 |
| Kid Icarus | PA 358-622 | 03/23/1988 | VA 471-534 | 09/09/1991 |
| Kirby's Adventure | PA 644-571 | 10/05/1993 | VA 604-798 | 10/22/1993 |
| Kobe Bryant in NBA Courtside A/V | PA 799-005 | 06/18/1998 | VA 936-077 | 06/24/1998 |
| Legend of Zelda: Link's Awakening | PA 772-666 | 03/22/1996 | VA 784-717 | 03/25/1996 |
| Link's Crossbow Training | PA 1-661-862 | 09/09/2009 | VA 1-759-352 | 02/11/2011 |
| Luigi's Mansion (GCN) US A/V | PAu 2-617-431 | 11/16/2001 | VAu 491-907 | 11/16/2001 |
| Mach Rider | PA 284-966 | 05/12/1986 | VA 472-591 | 09/17/1991 |
| Mario & Luigi Bowser's Inside | PA 1-809-920 | 02/29/2012 | VA 1-811-062 | 02/28/2012 |
| Mario & Luigi: Partners In Time (DS) US A/V | PA 1-393-518 | 07/16/2007 | VA 1-424-403 | 07/15/2007 |
| Mario & Luigi: Superstar Saga | PA 1-246-739 | 10/12/2004 | VA 1-292-359 | 01/21/2005 |
| Mario Bros. | PA 178-079 | 07/19/1983 | VA 470-807 | 09/17/1991 |
| Mario Is Missing | PA 720-656 | 11/24/1995 | | |

2

# EXHIBIT A- Registered Copyrights

| Title of Work | Registration Number (Game) | Registration Date | Registration Number (Packaging) | Registration Date |
|---|---|---|---|---|
| Mario Is Missing (SNES) US A/V | PA 788-908 | 11/24/1995 | | |
| Mario Kart 64 | PA 784-315 | 03/07/1997 | VA 845-865 | 03/03/1997 |
| Mario Kart DS (DS) US A/V | PA 1-393-510; PA 1-381-605 | 07/13/2007 04/13/2007 | VA 1-398-709 VA 1-419-634 | 03/14/2007 07/10/2007 |
| Mario Kart Super Circuit (AGB) US | PA 1-108-898 | 07/05/2002 | VA 1-144-392 | 07/05/2002 |
| Mario Kart Wii (Wii) US A/V | PA 1-663-567 | 08/28/2009 | VA 1-762-067 VA 1-762-069 | 02/22/2011 02/22/2011 |
| Mario Paint (SNES) US A/V+Pkg+Man | PA 583-936 | 12/24/1992 | | |
| Mario Party 9 (Wii) US A/V | PA 1-791-804 | 05/14/2012 | VA 1-821-749 VA 1-821-750 | 06/08/2012 06/08/2012 |
| Mario Strikers Charged (Wii) US A/V | PA 1-606-074 | 09/17/2008 | VA 1-880-772 VA 1-363-763 | 09/09/2008 11/17/2006 |
| Mario vs. Donkey Kong (AGB) US | PA 1-255-592 | 11/29/2004 | VA 1-293-333 VA 1-293-335 | 11/29/2004 11/29/2004 |
| Mario's Early Years: Fun With Num... | PA 780-464 | 12/04/1995 | | |
| Mario's Picross | PA 760-777 | 11/09/1995 | VA 758-011 | 11/13/1995 |
| Mario's Time Machine | PA 720-657 | 11/27/1995 | | |
| Metroid | PA 356-142 | 03/04/1988 | VA 474-073 | 09/17/1991 |
| Metroid Prime (GCN) US A/V | PA 1-275-461 | 03/22/2005 | VA 1-314-517 VA 1-314-516 | 03/21/2005 03/21/2005 |
| Metroid Prime 3: Corruption (Wii) US A/V | PA 1-633-666 | 06/26/2009 | VA 1-716-282 VA 1-715-855 | 06/15/2009 06/15/2009 |
| METROID PRIME HUNTERS (DS) US A/V | PA 1-915-118 | 09/25/2014 | VA 1-928-677 | 09/23/2014 |
| Metroid: Other M (Wii) US A/V | PA 1-791-606 | 05/05/2011 | VA 1-772-877 VA 1-772-876 | 05/03/2011 05/03/2011 |
| Mike Tyson's Punch-Out!! | PA 356-141 | 03/04/1988 | | |
| Mole Mania | PA 807-975 | 02/14/1997 | VA 838-774 | 02/19/1997 |
| Mother 3 | PA 1-804-278 | 12/21/2011 | VA 1-860-968 | 12/20/2011 |
| New Super Mario Bros. (DS) US A/V | PA 1-393-515; PA 1-393-465 | 07/16/2007 07/16/2007 | VA 1-424-400 VA 1-424-401 | 07/15/2007 07/15/2007 |
| New Super Mario Bros. Wii | PA 1-653-393 | 11/23/2009 | VA 1-692-279 | 11/20/2009 |
| Nintendo World Cup | PA 577-064 | 07/30/1992 | VA 521-998 | 08/25/1992 |
| Paper Mario (N64) US A/V | PA 1-116-341 | 07/03/2002 | VA 1-162-924 | 07/03/2002 |
| Paper Mario: The Thousand Year.. | PA 1-264-832 | 12/27/2004 | VA 1-295-475 | 12/23/2004 |

# EXHIBIT A- Registered Copyrights

| Title of Work | Registration Number (Game) | Registration Date | Registration Number (Packaging) | Registration Date |
|---|---|---|---|---|
| Pikmin (GCN) US A/V | PA 1-062-173 | 12/13/2001 | VA 1-100-672<br>VA 1-127-598 | 12/04/2001<br>01/04/2002 |
| Pikmin 2 (GCN) US A/V | PA 1-264-834 | 12/07/2004 | VA 1-292-832<br>VA 1-294-997 | 12/03/2004<br>12/03/2004 |
| Pilotwings (SNES) US A/V | PA 583-870 | 10/15/1992 | VA 473-007 | 09/24/1991 |
| Punch-Out!! (Wii) US A/V | PA 1-782-230 | 03/03/2011 | VA 1-762-224<br>VA 1-762-220 | 02/28/2011<br>02/28/2011 |
| Starfox (SNES) US A/V | PA 665-156 | 08/12/1993 | VA 576-822 | 06/28/1993 |
| Startropics | PA 509-417 | 03/28/1991 | VA 470-801 | 09/17/1991 |
| Super Mario 64 | PA 788-138 | 10/23/1996 | VA 785-240 | 10/28/1996 |
| Super Mario 64 DS (DS) US A/V | PA 1-248-152;<br>PA 1-248-153 | 12/21/2004<br>12/21/2004 | VA 1-294-061<br>VA 1-294-062 | 12/20/2004<br>12/20/2004 |
| Super Mario Advance (AGB) US A/V | PA 1-208-068 | 08/05/2002 | VA 1-153-334 | 08/05/2002 |
| Super Mario Advance 4 (AGB) US A/V | PA 1-283-738 | 02/23/2005 | VA 1-304-707<br>VA 1-295-521 | 11/05/2004<br>11/05/2004 |
| Super Mario All Stars | PA 712-596 | 05/27/1994 | VA 763-210 | 12/05/1995 |
| Super Mario Bros. | PA 273-028 | 01/17/1986 | | |
| Super Mario Bros. 2 | PA 427-614 | 05/08/1989 | VA 471-527 | 09/09/1991 |
| Super Mario Bros. 3 | PA 454-812 | 03/16/1990 | | |
| Super Mario Bros. Deluxe (CGB) US | PA 934-168 | 05/28/1999 | VA 709-702 | 06/03/1999 |
| Super Mario Galaxy 2 | PA 1-679-481 | 05/21/2010 | VA 1-860-963 | 12/19/2011 |
| Super Mario Galaxy 2 (Wii) US A/V | | | VA 1-741-869<br>VA 1-741-880 | 09/30/2010<br>09/30/2010 |
| Super Mario Kart (SNES) A/V, Man.... | PA 593-952 | 12/22/1992 | | |
| Super Mario Land (DMG) JP A/V | PA 532-077 | 08/21/1991 | VA 471-524 | 09/09/1991 |
| Super Mario Land 2: 6 Golden Coins... | PA 596-913 | 01/13/1993 | | |
| Super Mario Sunshine (GCN) US A/V | PA 1-280-357 | 05/20/2005 | VA 1-239-237<br>VA 1-239-235 | 07/14/2003<br>07/14/2003 |
| Super Mario World (SNES) US A/V | PA 576-039 | 07/27/1992 | VA 525-707 | 09/28/1992 |
| Super Mario World 2 | PA 760-295 | 09/28/1995 | Vau 347-990 | 09/28/1995 |
| Super Mario World: Super Mario Advance 2 | PA 1-250-086 | 01/21/2005 | VA 1-297-892 | 01/21/2005 |
| Super Metroid | PA 720-157 | 06/07/1995 | VA 726-758 | 06/05/1995 |
| Super Play Action Football (SNES) A/V | PA 658-911 | 08/11/1993 | VA 576-826 | 06/24/1993 |

# EXHIBIT A- Registered Copyrights

| Title of Work | Registration Number (Game) | Registration Date | Registration Number (Packaging) | Registration Date |
|---|---|---|---|---|
| Super Princess Peach (DS) US A/V | PA 1-393-507 | 07/09/2007 | VA 1-418-574<br>VA 1-376-075 | 07/09/2002<br>02/14/2006 |
| Super Punch-Out!! (SNES) US A/V | PA 760-750 | 10/31/1995 | VA 741-507 | 09/29/1995 |
| Super Scope 6 | PA 576-042 | 07/27/1992 | VA 507-801 | 05/19/1992 |
| Super Soccer (SNES) US A/V | PA 576-041 | 07/27/1992 | VA 521-997 | 08/27/1992 |
| Tetrisphere (N64) US A/V | PA 856-660 | 10/23/1997 | VA 884-834 | 10/28/1997 |
| The Legend of Zelda | PA 356-140 | 03/04/1988 | VA 507-338 | 09/09/1991 |
| The Legend of Zelda A Link to the Past | PA 576-040 | 06/27/1992 | VA 521-996 | 08/27/1992 |
| The Legend of Zelda: A Link to the Past (Four Swords) | PA 1-276-015 | 12/17/2003 | VA 1-228-061 | 12/22/2003 |
| The Legend of Zelda: Majora's Mask US A/V | PA 941-058 | 03/08/2001 | VA 1-078-450 | 03/12/2001 |
| The Legend of Zelda: Ocarina of Time | PA 901-848 | 12/04/1998 | VA 951-751 | 12/29/1998 |
| The Legend of Zelda: Oracle of Ages | PA 1-043-402 | 08/09/2001 | VA 1-111-521 | 08/21/2001 |
| The Legend of Zelda: Oracle of Seasons | PA 1-043-401 | 08/09/2001 | VA 1-111-522 | 08/21/2001 |
| The Legend Of Zelda: Phantom Hourglass | PA 1-605-863 | 08/27/2008 | VA 1-660-112 | 08/22/2008 |
| The Legend Of Zelda: Skyward Sword | PA 1-761-211 | 12/08/2011 | VA 1-943-089 | 12/06/2011 |
| The Legend of Zelda: The Minish Cap | PAu 2-896-723 | 12/22/2004 | Vau 651-489 | 12/22/2004 |
| The Legend of Zelda: Twilight Princess | PA 1-370-023 | 02/05/2007 | | |
| Vegas Stakes | PA 672-256 | 04/20/1994 | VA 759-508 | 12/26/1995 |
| Wario Land 4 (AGB) US A/V | PA 847-028 | 06/28/2002 | VA 1-053-952 | 06/28/2002 |
| Wario Land; Shake it! | PA 1-635-977 | 07/14/2009 | | |
| Wario World (GCN) US A/V | PA 1-262-695 | 12/17/2004 | VA 1-294-043<br>VA 1-294-044 | 12/16/2004<br>12/16/2004 |
| Warioware, Inc. Mega Microgames | PA 1-216-842 | 02/20/2004 | VA 1-215-807 | 02/19/2004 |
| Warioware: Smooth Moves (Wii) US | PA 1-606-076 | 08/15/2008 | VA 1-748-345 | 08/14/2008 |
| WarioWare: Twisted (AGB) US A/V | PA 1-292-357 | 07/18/2005 | VA 1-336-410 | 07/18/2005 |

# EXHIBIT A- Registered Copyrights

| Title of Work | Registration Number (Game) | Registration Date | Registration Number (Packaging) | Registration Date |
|---|---|---|---|---|
| Wii Music (Wii) US A/V | PA 1-685-792 | 07/09/2010 | VA 1-730-081<br>VA 1-730-098 | 07/13/2010<br>07/13/2010 |
| Wii Party (Wii) US A/V | PA 1-752-967 | 10/07/2011 | VA 1-789-580<br>VA 1-789-577 | 10/04/2011<br>10/04/2011 |
| Wii Play (Wii) US A/V | PA 1-381-607 | 04/13/2007 | VA 1-398-707 | 03/14/2007 |
| Wii Sports (Wii) US A/V | PA 1-347-772 | 01/10/2007 | VA 1-392-621 | 12/29/2006 |
| Wii Sports Resort (Wii) US A/V | PA 1-694-546 | 09/09/2010 | VA 1-748-212 | 09/09/2010 |
| Yoshi | PA 583-906 | 09/03/1992 | | |
| Yoshi Topsy-Turvy (AGB) US A/V | PA 1-315-850 | 02/13/2006 | VA 1-353-292 | 02/10/2006 |
| Yoshi's Cookie | PA 659-581<br>PA 659-599 | 10/05/1993<br>10/07/1993 | VA 604-799<br>VA 604-800 | 10/22/1993<br>10/22/1993 |
| Yoshi's Island DS (DS) US A/V | PA 1-605-920 | 08/21/2008 | VA 1-726-621<br>VA 1-726-582 | 08/15/2008<br>08/13/2008 |
| Yoshi's Island: Super Mario Advance 3 | PA 1-227-771 | 01/16/2004 | VA 1-254-274 | 01/21/2004 |
| Yoshi's Safari | PA 641-582 | 10/01/1993 | VA 636-989 | 02/07/1994 |
| Zelda II - Adventure of Link | PA 427-613 | 05/05/1989 | VA 470-782 | 09/16/1991 |