# EXHIBIT B - Registered Trademarks

| Trademark Description | Registration Number | Registration Date |
|---|---|---|
| Game Boy | 4,126,556 | 04/10/2012 |
| Game Boy | 1,622,675 | 11/13/1990 |
| Game Boy | 4, 402,983 | 9/17/2013 |
| Game Boy Advance | 2,550,938 | 3/19/2002 |
| Game Boy Advance | 2,665,095 | 12/24/2002 |
| Game Boy Advance | 2,732,474 | 7/1/2003 |
| Game Boy Color | 2,365,117 | 7/4/2000 |
| Game Boy Color | 4,180,571 | 7/24/2012 |
| Game Boy Color | 4,158,645 | 6/12/2012 |
| Game Boy Color | 2,404,601 | 11/14/2000 |
| Game Boy Color | 2,349,962 | 5/16/2000 |
| Game Boy Color | 2,372,506 | 8/1/2000 |
| Mario | 3,483,123 | 8/12/2008 |
| Metroid | 1,494,365 | 6/28/1988 |
| Metroid | 3,923,764 | 2/22/2011 |
| Metroid Prime | 2,762,377 | 9/9/2003 |
| Nintendo | 1,213,822 | 10/26/1982 |
| Nintendo | 1,497,674 | 7/26/1988 |
| Nintendo | 1,689,015 | 5/26/1992 |
| Nintendo 3DS | 4,234,454 | 10/30/2012 |
| Nintendo 64 | 2,372,472 | 8/1/2000 |
| Nintendo 64 | 2,403,538 | 11/14/2000 |
| Nintendo DS | 3,094,181 | 5/16/2006 |
| Nintendo DS | 3,166,136 | 10/31/2006 |
| Nintendo Entertainment System | 1,440,706 | 9/11/2001 |
| Nintendo GameCube | 2,793,457 | 12/16/2003 |
| Nintendo GameCube | 2,787,872 | 2/1/2005 |
| Nintendo GameCube | 2,796,527 | 12/23/2003 |
| Official Nintendo Seal and Design | 3,117,154 | 7/18/2006 |
| Official Nintendo Seal and Design | 3,173,562 | 11/21/2006 |
| Pokémon | 2,297,050 | 11/30/1999 |
| Pokémon | 2,356,298 | 6/6/2000 |
| Pokémon | 2,514,998 | 12/4/2001 |
| Super Mario | 2,345,441 | 4/25/2000 |
| Super Mario Bros. | 2,345,410 | 4/25/2000 |
| Super Nintendo Entertainment System | 1,693,331 | 6/9/1992 |
| The Legend of Zelda | 1,494,363 | 6/28/1988 |
| The Legend of Zelda | 3,408,763 | 4/8/2008 |
| Wii | 3,500,328 | 9/9/2008 |
| Wii | 3,604,541 | 4/7/2009 |