Martin R. Galbut (#002943)
Michaile J. Berg (#027166)
GALBUT & GALBUT, P.C.
2425 East Camelback Road, Suite 1020
Phoenix, Arizona 85016
Phone:   602.955.1455
Fax:     602.955.1585
docket@galbutlaw.com

Kenneth L. Doroshow (D.C. Bar # 429044)
Jonathan A. Langlinais (D.C. Bar # 1046832)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Phone:   202.639.6000
Fax:     202.639.6066
KDoroshow@jenner.com
JALanglinais@jenner.com
*Pro Hac Vice* Pending
Counsel for Plaintiff Nintendo of America Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nintendo of America Inc., a Washington Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Jacob Mathias and Cristian Mathias, husband and wife; and Mathias Designs, L.L.C., d/b/a www.LoveROMs.com and www.LoveRETRO.co,<br><br>*Defendants*. | Case No. 2:18-cv-02282-SPL<br><br>**Notice of Filing Regarding Supplemental Request for Copyright, Trademark, Or Patent Information** |

Pursuant to the Court's Minute Order dated July 26, 2018 (Doc. 14), Plaintiff Nintendo of America Inc. hereby provides notice that no additional trademarks, patents, or copyrights were included in the First Amended Complaint (Doc. 11).

Further, Plaintiff's Report on the Filing or Determination of an Action Regarding a Patent or Trademarks (Docs. 9, 9-1) and Plaintiff's Report on the Filing or

Determination of an Action or Appeal Regarding a Copyright (Docs. 10, 10-1) contain the correct information regarding the trademarks and copyrights at issue.

RESPECTFULLY SUBMITTED this 27th day of July, 2018.

**GALBUT & GALBUT, P.C.**

By:   /s/ Martin R. Galbut
      Martin R. Galbut, Esq.
      Michaile J. Berg, Esq.

**JENNER & BLOCK LLP**

By:   /s/ Kenneth L. Doroshow
      Kenneth L. Doroshow, Esq.
      Jonathan A. Langlinais, Esq.

## **NOTICE OF ELECTRONIC FILING**

I hereby certify that on July 27, 2018, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ N. Sunshine Nye