Martin R. Galbut (#002943)
Michaile J. Berg (#027166)
GALBUT & GALBUT, P.C.
2425 East Camelback Road, Suite 1020
Phoenix, Arizona 85016
Phone:   602.955.1455
Fax:       602.955.1585
docket@galbutlaw.com

Kenneth L. Doroshow (D.C. Bar # 429044)
Jonathan A. Langlinais (D.C. Bar # 1046832)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Phone:   202.639.6000
Fax:       202.639.6066
KDoroshow@jenner.com
JALanglinais@jenner.com
*Pro Hac Vice*
Counsel for Plaintiff Nintendo of America Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nintendo of America Inc., a Washington Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Jacob Mathias and Cristian Mathias, husband and wife; and Mathias Designs, L.L.C., d/b/a www.LoveROMs.com and www.LoveRETRO.co,<br><br>*Defendants*. | Case No. 2:18-cv-02282-SPL<br><br>**Notice of Errata** |

Notice is hereby given that Plaintiff, by and through its undersigned counsel, inadvertently omitted the exhibits to the First Amended Complaint (Doc. 11). The exhibits referenced in the First Amended Complaint are submitted herewith and are to be considered a part thereof.

RESPECTFULLY SUBMITTED this 30th day of July, 2018.

**GALBUT & GALBUT, P.C.**

By: /s/ Martin R. Galbut
 Martin R. Galbut, Esq.
 Michaile J. Berg, Esq.

**JENNER & BLOCK LLP**

By: /s/ Kenneth L. Doroshow
 Kenneth L. Doroshow, Esq.
 Jonathan A. Langlinais, Esq.

2

## NOTICE OF ELECTRONIC FILING

I hereby certify that on July 30, 2018, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ N. Sunshine Nye