Lance C. Venable (AZ Bar # 017074)
Law Office of Lance C. Venable, PLLC
4939 W. Ray Rd.
Suite 4-219
Chandler, Arizona  85226
Tel: 602-730-1422
Email: lance@venableiplaw.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Nintendo of America, Inc., a Washington Corporation** | Case No.: 2:18-CV-02282-SPL |
| Plaintiffs, | **MOTION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | (FIRST REQUEST) |
| **Jacob Mathias and Cristian Mathias, husband and wife; Mathias Designs, L.L.C. d/b/a www.LoveROMs.com and www.LoveRETRO.co** | The Honorable Steven P. Logan |
| Defendants. | |

Defendants request that the Court extend the deadline to file a response to the Plaintiff's First Amended Complaint by 21 days to September 12, 2018.  Almost immediately after the complaint was served, the parties began actively discussing and working toward settling the case.  Consistent with the mandatory initial discovery rules, Defendants have recently provided a substantial number of documents that Plaintiff requested as part of the settlement discussions.  The parties believe that a 21-day extension will allow them to make significant progress toward settling the case.

Plaintiff has indicated that it consents to the motion only insofar as the extension is consistent with the Court's orders.  This is Defendants' first request.  If the parties are unable to settle the case by September 12, Defendant will not request any further extensions and will file a responsive pleading.

Dated this 21st day of August, 2018.

**LAW OFFICE OF LANCE C. VENABLE, PLLC**

/s/Lance C. Venable
Lance C. Venable SBN 017074
4939 W. Ray Rd.
Suite 4-219
Chandler, AZ 85226
Tel: 602-730-1422
lance@venableiplaw.com
Attorney for Defendants

**GALBUT & GALBUT, P.C.**

/s/Martin R. Galbut
Martin R. Galbut, SBN 002943
2425 E. Camelback Rd.
Suite 1020
Phoenix, AZ 85016
Tel: 602-955-1455
docket@galbutlaw.com
Attorneys for Plaintiff

-3-

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on August 21, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

<u>s/ Lance C. Venable</u>