Martin R. Galbut (#002943)
Michaile J. Berg (#027166)
GALBUT & GALBUT, P.C.
2425 East Camelback Road, Suite 1020
Phoenix, Arizona 85016
Phone:   602.955.1455
Fax:     602.955.1585
docket@galbutlaw.com

Kenneth L. Doroshow (D.C. Bar # 429044)
Jonathan A. Langlinais (D.C. Bar # 1046832)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
Phone:   202.639.6000
Fax:     202.639.6066
KDoroshow@jenner.com
JALanglinais@jenner.com
*Pro Hac Vice*
Counsel for Plaintiff Nintendo of America Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nintendo of America Inc., a Washington Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>Jacob Mathias and Cristian Mathias, husband and wife; and Mathias Designs, L.L.C., d/b/a www.LoveROMs.com and www.LoveRETRO.co,<br><br>*Defendants*. | Case No. 2:18-cv-02282-PHX-JGZ<br><br>**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT, ORDER AND PERMANENT INJUNCTION** |

Plaintiff Nintendo of America Inc. and Defendants Jacob Mathias, Cristian Mathias, and Mathias Designs, L.L.C., hereby jointly move the Court to enter the Final Judgment, Order and Permanent Injunction filed contemporaneously herewith.

RESPECTFULLY SUBMITTED this 9th day of October, 2018.

**GALBUT & GALBUT, P.C.**

By: /s/ Martin R. Galbut
Martin R. Galbut, Esq.
Michaile J. Berg, Esq.
2425 E. Camelback Road, Suite 1020
Phoenix, Arizona 85016

**JENNER & BLOCK LLP**

By: /s/ Kenneth L. Doroshow
Kenneth L. Doroshow, Esq. (*pro hac vice*)
Jonathan A. Langlinais, Esq. (*pro hac vice*)
1099 New York Avenue, N.W., Suite 900
Washington, D.C. 20001

*Attorneys for Plaintiff Nintendo of America, Inc.*

**LAW OFFICE OF LANCE C. VENABLE, PLLC**

By: /s/ Lance C. Venable, with permission
Lance C. Venable, Esq.
4939 W. Ray Road, Suite 4-219
Chandler, Arizona 85226

*Attorneys for Defendants Jacob Mathias, Cristian Mathias, and Mathias Designs, L.L.C.*

## **NOTICE OF ELECTRONIC FILING**

I hereby certify that on November 9, 2018, I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

/s/ N. Sunshine Nye