1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| 9  Nintendo of America Inc., a Washington Corporation, | Case No.: 2:18-CV-02282-PHX-JGZ |
| 10 | **FINAL JUDGMENT** |
| 11 Plaintiff, | |
| vs. | |
| 12 | |
| 13 Jacob Mathias and Cristian Mathias, husband and wife; Mathias Designs, L.L.C. | |
| 14 d/b/a www.LoveROMs.com and www.LoveRETRO.co, | |
| 15 | |
| 16 Defendants. | |

17          This matter came before the Court on the parties' joint motion for entry of a

18 judgment granting monetary relief against all Defendants, jointly and severally, and in

19 favor of Plaintiff.  This Final Judgment is based on the consent of all Defendants.

20          Based on the parties' joint motion and Defendants' consent to the judgment, the

21 Court enters judgment as follows:

22          1.      Plaintiff is hereby awarded judgment against all Defendants, jointly and

23                  severally, in the amount of $12,230,000.

24          2.      Each party shall bear its own costs and attorneys' fees.

25          DATED this ___ day of _____, 2018.

26

27                                          _____

                                            The Honorable Jennifer G. Zipps
28                                          UNITED STATES DISTRICT JUDGE

-1-