# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nintendo of America Inc., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Jacob Mathias and Cristian Mathias, husband and wife; Mathias Designs, L.L.C. d/b/a www.LoveROMs.com and www.LoveRETRO.co,<br><br>Defendants. | Case No.: 2:18-CV-02282-PHX-JGZ<br><br>**FINAL JUDGMENT** |

This matter came before the Court on the parties' joint motion for entry of a judgment granting monetary relief against all Defendants, jointly and severally, and in favor of Plaintiff. This Final Judgment is based on the consent of all Defendants.

Based on the parties' joint motion and Defendants' consent to the judgment, the Court enters judgment as follows:

1. Plaintiff is hereby awarded judgment against all Defendants, jointly and severally, in the amount of $12,230,000.
2. Each party shall bear its own costs and attorneys' fees.

Dated this 26th day of November, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge